# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Columbia

| | |
|---|---|
| **Hamdael Omar** | Attorney: Kenneth LaDuca |
| Plaintiff(s), | Price Benowitz, L.L.P.+ |
| VS. | 409 7th St., NW, #200 |
| | Washington DC 20004 |
| **Norman Hampton Conner, Jr., et al.** | |
| Defendant(s). | |


*334222*

**Case Number: 1:25-cv-01071**

Legal documents received on **04/11/2025** at **2:58 PM** to be served upon **A&M Supply Corporation, by serving CoGency Global, Inc. at 250 Browns Hill Court, Midlothian, VA 23114**

I, **William Showalter**, swear and affirm that on **April 14, 2025** at **3:03 PM**, I did the following:

Served **A&M Supply Corporation, by serving CoGency Global, Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Plaintiff's Complaint and Jury Demand** to **Phillip McDaniel** as **Attorney, Authorized Recipient** of A&M Supply Corporation, by serving CoGency Global, Inc. at **250 Browns Hill Court, Midlothian, VA 23114**.

**Description of Person Accepting Service:**
Sex: Male Age: 50-60 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Balding

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**William Showalter**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:334222

